**No. 45426.**—Protest 997355–G of Hahne & Burns (New York).

Opinion by EVANS, J. It was stipulated that the merchandise in question is the same as that passed upon in *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45427.**—Protests 979111–G, etc., of Chili Products Corp. et al. (Los Angeles).

Opinion by EVANS, J. It was stipulated that the merchandise in question is the same as that passed upon in *Wilson* v. *United States* (28 C. C. P. A. 63, C. A. D. 126). The claim for free entry under paragraph 1768 was therefore sustained.

**No. 45428.**—Protests 568239–G, etc., of Quong Hing Chung & Co. et al. (New York).

Opinion by EVANS, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain items were held dutiable at 10 percent under paragraph 34, Tariff Act of 1930, as drugs, advanced, and other items were held free of duty as crude drugs under paragraph 1567, Tariff Act of 1922, or paragraph 1669, Tariff Act of 1930.